**Craig A. Marr**
ATTORNEY AT LAW
33 W. Ontario Street
Suite 40-B
Chicago, Illinois 60654
Telephone: 312-823-3412
Facsimile: 312-640-0070
e-mail: camarr@sbcglobal.net

December 1, 2009

**VIA ELECTRONIC MAIL**

Ms. Betty P. Lee
Courtroom Deputy,
Magistrate Judge Edward M. Chen

        Re:    Continuance Request for CMC and Joint CMC Statement
                C09-4041-EMC *Gofron v. Picsel, et al.*

Dear Ms. Lee:

With respect to the above referenced matter, Plaintiffs request a continuance for both the filing of a joint CMC Statement (due December 1, 2009) and the Case Management Conference currently scheduled for December 8, 2009, at 1:30 pm.

Plaintiffs have encountered obstacles that impact service of process on certain defendants, in that defendant Picsel Technologies, Inc., while continuing to function as a legal entity, has closed its physical office locations in the United States. Plaintiffs also plan to add an overseas defendant to a soon to be filed amended complaint in this action that will further require additional time to achieve proper service.

For these reasons, Plaintiffs request a continuance of the CMC and the filing of the joint CMC statement.

                                                Respectfully submitted,

                                                ____/s/___ Craig A. Marr
                                                Craig A. Marr
                                                Attorney for Plaintiffs

cc:    Stan S. Mallison
        Attorney for Plaintiffs

IT IS HEREBY ORDERED THAT the CMC is reset from 12/8/09 to 2/3/10 at 1:30 p.m. A joint cmc statement is due 1/27/10.  Plaintiff shall serve a copy of this order upon defendants.

IT IS SO ORDERED, AS MODIFIED

_____
Edward M. Chen
U.S. Magistrate Judge
Dated:  12/2/09