AARON J. MOSS (SBN 190625)
AMoss@GreenbergGlusker.com
RICARDO P. CESTERO (SBN 203230)
RCestero@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
Masood Jabbar and Imran Khand as individuals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE GOFRON, J. WILLIAM VANKE, ASHWIKI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>PICSEL TECHNOLOGIES, INC., LESCIP T LIMITED (FORMERLY PICSEL TECHNOLOGIES LIMITED, HAMSARD LIMITED, MASOOD JABBAR AND IMRAN KHAND,<br><br>Defendants. | Case No. C09-04041<br><br>*Assigned To: Hon. Edward M. Chen*<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO CIVIL L.R. 6-1(a)  ; ORDER**<br><br>Date Action Filed: August 31, 2009 |

Plaintiffs Carrie Gofron, J. William Vanke, Ashwiki Kumar, Matthew Mixon and Dulce Gonzalez (collectively, "Plaintiffs") and defendants Massod Jabbar and Imran Khand (collectively the "Individual Defendants"), by and through their counsel of record, hereby stipulate, pursuant to Civil L.R. 6-1(a), as follows:

WHEREAS Plaintiffs appear to have served the Individual Defendants with the First Amended Complaint in June 2010; and

WHEREAS the Individual Defendants have requested an extension of time to respond to the First Amended Complaint; and

WHEREAS no previous extensions have been requested or granted; and

WHEREAS the extension requested by the Individual Defendants will not alter any date or deadline fixed by the Court.

It is therefore STIPULATED and AGREED that the Individual Defendants' time to respond to the First Amended Complaint shall be extended until July 20, 2010.

DATED: July 8, 2010

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendants Masood Jabbar
and Imran Khand as individuals

DATED: July ____, 2010

By: _____
CRAIG MARR (*PRO HAC VICE*)
Attorneys for Plaintiffs Carrie Gofron, J.
William Vanke, Ashwiki Kumar,
Matthew Mixon and Dulce Gonzalez

1   Plaintiffs Carrie Gofron, J. William Vanke, Ashwiki Kumar, Matthew Mixon and
2   Dulce Gonzalez (collectively, "Plaintiffs") and defendants Massod Jabbar and Imran
3   Khand (collectively the "Individual Defendants"), by and through their counsel of record,
4   hereby stipulate, pursuant to Civil L.R. 6-1(a), as follows:

6   WHEREAS Plaintiffs appear to have served the Individual Defendants with the
7   First Amended Complaint in June 2010; and
8   WHEREAS the Individual Defendants have requested an extension of time to
9   respond to the First Amended Complaint; and
10  WHEREAS no previous extensions have been requested or granted; and
11  WHEREAS the extension requested by the Individual Defendants will not alter any
12  date or deadline fixed by the Court.

14  It is therefore STIPULATED and AGREED that the Individual Defendants' time to
15  respond to the First Amended Complaint shall be extended until July 20, 2010.

17  DATED: July ____, 2010           GREENBERG GLUSKER FIELDS
                                     CLAMAN & MACHTINGER LLP

20                                   By: _____
                                     RICARDO P. CESTERO (SBN 203230)
21                                   Attorneys for Defendants Masood Jabbar
                                     and Imran Khand as individuals

22  DATED: July _8_, 2010

24                                   By: _____
25  IT IS SO ORDERED:                CRAIG MARR (PRO HAC VICE)
                                     Attorneys for Plaintiffs Carrie Gofron, J.
26                                   William Vanke, Ashwiki Kumar,
                                     Matthew Mixon and Dulce Gonzalez
27
    _____
28  Edward M. Chen
    U. S. Magistrate
    Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

99999-00000/1739223.1                                            STIPULATION TO EXTEND
                                                                 TIME TO RESPOND