SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
STEVEN B. SACKS, Cal. Bar No. 98875
MARTIN WHITE, Cal. Bar No. 253476
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415-434-9100
Facsimile:     415-434-3947
E-Mail:        ssacks@sheppardmullin.com
               mwhite@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD H. TILLINGHAST, III
30 Rockefeller Plaza, 24th Floor
New York, New York 10112-2201
Telephone:     212-653-8700
Facsimile:     212-653-8701
E-Mail:        etillinghast@sheppardmullin.com

Attorneys for Defendant
ADMINISTRATORS OF LESCIP T. LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>PICSEL TECHNOLOGIES, INC., LESCIP T LIMITED (formerly PICSEL TECHNOLOGIES LIMITED), HAMSARD LIMITED, MASOOD JABBAR AND IMRAN KHAND,<br><br>Defendants. | Civil Action No. 3:09-CV-04041-EMC<br><br>[Complaint Filed: August 31, 2009]<br><br>**STIPULATION EXTENDING DEFENDANT LESCIP T LIMITED'S TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1(a)** ; ORDER<br><br>Judge: Hon. Edward M. Chen<br><br>Trial Date: None Set |

1  WHEREAS on August 31, 2009, Plaintiffs filed their original Complaint in this
2  action;
3  WHEREAS on May 21, 2010, Plaintiffs filed their First Amended Complaint,
4  pursuant to which they, *inter alia*, added defendant LESCIP T. LIMITED ("Lescip") to the
5  action;
6  WHEREAS Lescip is a UK-based company that entered into administration (the
7  "Administration") on July 15, 2009, and John Bruce Cartwright and Graham Frost were appointed
8  Joint Administrators of Lescip (the "Administrators");
9  WHEREAS on June 16, 2010, the Administrators were allegedly served with the
10 First Amended Complaint;
11 WHEREAS if service is deemed proper, the due date for the Administrators of
12 Lescip to plead, answer or otherwise respond to the First Amended Complaint would have been on
13 or about July 7, 2010;
14 WHEREAS the Administrators of Lescip require additional time to evaluate the
15 First Amended Complaint and plead, answer or otherwise respond to the First Amended
16 Complaint;
17 WHEREAS the parties believe and agreed on July 7, 2010, that it is prudent,
18 desirable and efficient to extend the time for the Administrators of Lescip to respond to the First
19 Amended Complaint;
20 WHEREAS an extension of time until Tuesday, August 3, 2010 for the
21 Administrators of Lescip to plead, answer or otherwise respond to the First Amended Complaint
22 will not alter the date of any event or deadline already fixed by Court order in this action;
23 NOW THEREFORE, pursuant to Local Rule 6-1(a), it is hereby stipulated and
24 agreed by and between Plaintiffs and the Administrators of Lescip that:
25 The Administrators of Lescip shall have through to and including Tuesday, August
26 3, 2010 to plead, answer or otherwise respond to the First Amended Complaint in this action.
27
28

This stipulation is entered into without waiver of any and all defenses available to the Administrators of Lescip, including without limitation, lack of personal jurisdiction, improper service and that commencing this action against Lescip is a violation of the moratorium in the Administration, and is not a concession that service has been effected on Lescip or the Administrators of Lescip.

IT IS SO STIPULATED

Dated: July 9, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By        */s/ Steven B. Sacks*
      STEVEN B. SACKS

Attorneys for Defendant
LESCIP T. LIMITED

Dated: July 9, 2010

CRAIG A. MARR, ATTORNEY AT LAW

By        */s/ Craig A. Marr*
      CRAIG A. MARR

Attorney for Plaintiffs

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*