1  RICARDO P. CESTERO (SBN 203230)
   RCestero@GreenbergGlusker.com
2  JAMES R. MOLEN (SBN 260269)
   JMolen@GreenbergGlusker.com
3  GREENBERG GLUSKER FIELDS CLAMAN
   & MACHTINGER LLP
4  1900 Avenue of the Stars, 21st Floor
   Los Angeles, California  90067-4590
5  Telephone:  310.553.3610
   Fax:  310.553.0687
6
   Attorneys for Defendants
7  Masood Jabbar and Imran Khand as individuals

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13 | CARRIE GOFRON, J. WILLIAM        | Case No.  C09-04041
   | VANKE, ASHWIKI KUMAR,            |
14 | MATTHEW MIXON, AND DULCE         | *Assigned To:  Hon. Edward M. Chen*
   | GONZALEZ,                        |
15 |                                  | **STIPULATION TO EXTEND TIME TO**
   |            Plaintiffs,           | **RESPOND TO FIRST AMENDED**
16 |                                  | **COMPLAINT PURSUANT TO CIVIL**
   |       v.                         | **L.R. 6-1(a)**
17 |                                  |
   | PICSEL TECHNOLOGIES, INC.,       |
18 | LESCIP T LIMITED (FORMERLY       |
   | PICSEL TECHNOLOGIES LIMITED,     |
19 | HAMSARD LIMITED, MASOOD          |
   | JABBAR AND IMRAN KHAND,          | Date Action Filed:   August 31, 2009
20 |                                  |
   |            Defendants.           |

21

22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

49089-00002/1739223.1

STIPULATION TO EXTEND
TIME TO RESPOND

1    Plaintiffs Carrie Gofron, J. William Vanke, Ashwiki Kumar, Matthew Mixon and

2    Dulce Gonzalez (collectively, "Plaintiffs") and defendants Massod Jabbar and Imran

3    Khand (collectively the "Individual Defendants"), by and through their counsel of record,

4    hereby stipulate, pursuant to Civil L.R. 6-1(a), as follows:

5

6    WHEREAS Plaintiffs appear to have served the Individual Defendants with the

7    First Amended Complaint in June 2010; and

8    WHEREAS the Individual Defendants have requested an extension of time to

9    respond to the First Amended Complaint; and

10   WHEREAS a previous extension of less than two weeks was requested and

11   granted; and

12   WHEREAS the extension requested by the Individual Defendants will not alter any

13   date or deadline fixed by the Court.

14

15   It is therefore STIPULATED and AGREED that the Individual Defendants' time to

16   respond to the First Amended Complaint shall be extended until August 3, 2010.

17

18   DATED:  July 20, 2010                    GREENBERG GLUSKER FIELDS
                                              CLAMAN & MACHTINGER LLP
19

20

21                                           By: /s/ RICARDO P. CESTERO
                                                 RICARDO P. CESTERO (SBN 203230)
22                                               Attorneys for Defendants Masood Jabbar
                                                 and Imran Khand as individuals

23   DATED:  July 19, 2010

24

25                                           By: /s/ CRAIG A. MARR
                                                 CRAIG A. MARR (*PRO HAC VICE*)
26                                               Attorneys for Plaintiffs Carrie Gofron, J.
                                                 William Vanke, Ashwiki Kumar,
27                                               Matthew Mixon and Dulce Gonzalez

28



IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION TO EXTEND
TIME TO RESPOND

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590