1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
2      Including Professional Corporations
   STEVEN B. SACKS, Cal. Bar No. 98875
3  MARTIN WHITE, Cal. Bar No. 253476
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4109
   Telephone:     415-434-9100
5  Facsimile:     415-434-3947
   E-Mail:        ssacks@sheppardmullin.com
6                 mwhite@sheppardmullin.com

7  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
      A Limited Liability Partnership
8      Including Professional Corporations
   EDWARD H. TILLINGHAST, III
9  30 Rockefeller Plaza, 24th Floor
   New York, New York  10112-2201
10 Telephone:     212-653-8700
   Facsimile:     212-653-8701
11 E-Mail:        etillinghast@sheppardmullin.com

12 Attorneys for Defendant
   ADMINISTRATORS OF LESCIP T. LIMITED

13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  OAKLAND DIVISION

17 CARRIE GOFRON, J. WILLIAM VANKE,          Civil Action No. 4:09-cv-04041-CW
   ASHWINI KUMAR, MATTHEW MIXON,
18 AND DULCE GONZALEZ,
                                             [Complaint Filed: August 31, 2009]
19                 Plaintiffs,
                                             **STIPULATION EXTENDING**
20        v.                                 **DEFENDANT LESCIP T LIMITED'S**
                                             **TIME TO RESPOND**
21 PICSEL TECHNOLOGIES, INC., LESCIP T       **TO COMPLAINT PURSUANT TO**
   LIMITED (formerly PICSEL                  **LOCAL RULE 6-1(a)**
22 TECHNOLOGIES LIMITED), HAMSARD
   LIMITED, MASOOD JABBAR AND                Judge:  Hon. Claudia Wilken
23 IMRAN KHAND,
                                             Trial Date:  None Set
24                 Defendants.

25

26

27

28

1             WHEREAS on August 31, 2009, Plaintiffs filed their original Complaint in this

2 action;

3             WHEREAS on May 21, 2010, Plaintiffs filed their First Amended Complaint,

4 pursuant to which they, *inter alia*, added defendant LESCIP T. LIMITED ("Lescip") to the

5 action;

6             WHEREAS Lescip is a UK-based company that entered into administration (the

7 "Administration") on July 15, 2009, and John Bruce Cartwright and Graham Frost were appointed

8 Joint Administrators of Lescip (the "Administrators");

9             WHEREAS on June 16, 2010, the Administrators were allegedly served with the

10 First Amended Complaint;

11             WHEREAS if service were deemed proper, the due date for the Administrators of

12 Lescip to plead, answer or otherwise respond to the First Amended Complaint would have been on

13 or about July 7, 2010;

14             WHEREAS on July 7, 2010, the parties agreed to extend the time for the

15 Administrators of Lescip to respond to the First Amended Complaint through August 3, 2010;

16             WHEREAS on July 12, 2010, the parties filed the *Stipulation Extending Defendant*

17 *Lescip T Limited's Time to Respond to Complaint Pursuant to Local Rule 6-1(a)*, which Magistrate

18 Judge Edward M. Chen so ordered on July 13, 2010;

19             WHEREAS the Administrators of Lescip require additional time to evaluate the

20 First Amended Complaint and plead, answer or otherwise respond to the First Amended

21 Complaint;

22             WHEREAS the parties believe and agreed on July 21, 2010, that it is prudent,

23 desirable and efficient to further extend the time for the Administrators of Lescip to respond to the

24 First Amended Complaint;

25             WHEREAS an extension of time until Tuesday, August 17, 2010 for the

26 Administrators of Lescip to plead, answer or otherwise respond to the First Amended Complaint

27 will not alter the date of any event or deadline already fixed by Court order in this action;

28

NOW THEREFORE, pursuant to Local Rule 6-1(a), it is hereby stipulated and agreed by and between Plaintiffs and the Administrators of Lescip that:

The Administrators of Lescip shall have through to and including Tuesday, August 17, 2010 to plead, answer or otherwise respond to the First Amended Complaint in this action.

This stipulation is entered into without waiver of any and all defenses available to the Administrators of Lescip, including without limitation, lack of personal jurisdiction, improper service and that commencing this action against Lescip is a violation of the moratorium in the Administration, and is not a concession that service has been effected on Lescip or the Administrators of Lescip.

IT IS SO STIPULATED

Dated:  July 22, 2010

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


By _____  /s/ Steven B. Sacks
                                                   STEVEN B. SACKS

Attorneys for Defendant
LESCIP T. LIMITED

Dated:  July 22, 2010

CRAIG A. MARR, ATTORNEY AT LAW


By _____  /s/ Craig A. Marr
                                                    CRAIG A. MARR

Attorney for Plaintiffs

IT IS SO ORDERED

_Judicia Wilken_

Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT