CRAIG A. MARR ( Illinois Bar No. 6271665)
 camarr@sbcglobal.net
ATTORNEY AT LAW
33 W. Ontario Street, Suite 40-B
Chicago, Illinois 60654
Telephone: (312) 823-3412
Facsimile: (312) 640-0070
(pro hac vice)


STAN S. MALLISON (Bar No. 184191)
  StanM@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@themmlawfirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ**<br><br>Plaintiff,<br><br>vs.<br><br>**MASOOD JABBAR, IMRAN KHAND, et al.**<br><br>Defendant. | **Case No. 4:09-CV-04041-CW**<br><br>**PLAINTIFFS' SUPPLEMENT TO PLAN FOR SERVING DEFENDANTS PICSEL TECHNOLOGIES, INC., AND HAMSARD LIMITED PURSUANT TO ORDER TO EXTEND TIME FOR SERVICE UNDER F.R.C.P 4(m)**<br><br><br>**DEMAND FOR JURY TRIAL** |

COMES NOW Plaintiffs, by and through their legal counsel, and pursuant to the Court's

recent instruction in its Order dated October 29, 2010, relating to the extension of time granted

for Plaintiffs to serve Defendants Picsel Technologies, Inc., and Hamsard Limited, state as

follows:

As articulated in Plaintiffs' October 19, 2010 Plan for Service, Plaintiffs will serve Defendant Picsel Technologies, Inc., under the provisions outlined in Cal. Corp. Code, § 1702, which addresses circumstances whereby an agent for the purpose of Service of Process has resigned and has not been replaced. Plaintiffs' will submit an affidavit from their legal counsel as required under the statute to establish that Defendant Picsel Technologies, Inc., cannot be served with "reasonable diligence" under California Code of Civil Procedure sections 416.10(a)-(c) or 416.20(a). Plaintiffs will file this affidavit with the Court by November 10, 2010, along with a request for an Order from this Court, necessary to effect service upon Defendant Picsel ten (10) days following delivery of these documents to the California Secretary of State's Office.

With respect to Defendant Hamsard Limited, Plaintiffs have recently retained the services of the law firm of Ashton Barnes Tee in the isle of Guernsey, to help assess the appropriate method for service of process, given Hamsard's corporate status relevant to United State's based Defendant, Picsel Technologies, Inc. In the three (3) days since the issuance of the Court's most recent Order relating to Plaintiffs' previously submitted Plan for Service of Process, Plaintiffs and their local counsel have not yet determined the method they shall employ to effectuate service of process on Defendant Hamsard Limited. Plaintiffs have decided that they will not utilize letters rogatory, an approach that would have required specific action by the Court in order for service to be performed. Plaintiffs are reluctant to provide a specific date in which overseas service of process will be effectuated on Defendant Hamsard given the above, but if required, will further supplement this Plan for Service, once Plaintiffs have a clear understanding of when Defendant Hamsard can actually be served.

WHEREFORE, Plaintiffs fully intend to comply with the Court's October 12, 2010 Order by serving Defendants Picsel Technologies, Inc., and Hamsard Limited with in sixty (60) days of said Order.

Dated: November 1, 2010     By: /s/ Craig A. Marr_____
                                 Craig A. Marr # 6271665
                                 (pro hac vice)
                                 Attorney for Plaintiffs