CRAIG A. MARR ( Illinois Bar No. 6271665)
 camarr@sbcglobal.net
ATTORNEY AT LAW
33 W. Ontario Street, Suite 40-B
Chicago, Illinois 60654
Telephone: (312) 823-3412
Facsimile: (312) 640-0070
(pro hac vice)

STAN S. MALLISON (Bar No. 184191)
  StanM@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@themmlawfirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ**<br><br>Plaintiff,<br><br>vs.<br><br>**MASOOD JABBAR, IMRAN KHAND, et al.**<br><br>Defendant. | Case No. 4:09-CV-04041-CW<br><br>[proposed] **ORDER RE: AUTHORIZING SERVICE OF PROCESS ON DEFENDANT PICSEL TECHNOLOGIES, INC., THROUGH THE CALIFORNIA SECRETARY OF STATE PURSUANT TO CALIFORNIA CORPORATIONS CODE SECTION 1702(a) AND CODE OF CIVIL PROCEDURE 416.10 (a)-(c)**<br><br>**DEMAND FOR JURY TRIAL** |

The Court, having reviewed Plaintiffs' affidavit and support documentation, finds that Plaintiffs have established that process against Defendant Picsel Technologies, Inc. (PTI), cannot be served with reasonable diligence under California Code of Civil Procedure sections 416.10(a)-(c). Wherefore, the Court hereby authorizes service of process to be performed on PTI through the office of the California Secretary of State. Service in this matter is deemed complete on the 10th day after delivery of the process to the Secretary of State.

    IT IS SO ORDERED.

Dated: November 30, 2010

                                          CLAUDIA WILKEN
                                          United States District Judge