RICARDO P. CESTERO (SBN 203230)
RCestero@GreenbergGlusker.com
JAMES R. MOLEN (SBN 260269)
JMolen@GreenbergGlusker.com
GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
Masood Jabbar and Imran Khand

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ,<br><br>          Plaintiffs,<br><br>     v.<br><br>PICSEL TECHNOLOGIES, INC., PICSEL HOLDINGS LIMITED (formerly HAMSARD LIMITED), PICSEL GROUP HOLDINGS LIMITED, MASOOD JABBAR AND IMRAN KHAND,<br><br>          Defendants.<br><br>MASOOD JABBAR AND IMRAN KHAND,<br><br>          Counterclaimants,<br><br>     v.<br><br>J. WILLIAM VANKE,<br><br>          Counterdefendant. | Case No. C09-04041-CW<br><br>*Assigned To: Hon. Claudia Wilken*<br><br>**ORDER RE STIPULATION TO EXTEND DEADLINES AND CONTINUE TRIAL DATE**<br><br>Date Action Filed: August 31, 2009 |

49089-00002/1765398.1                                                                [P~~ROPOSED~~] ORDER

# **ORDER**

The Court, having reviewed the Stipulation filed by Plaintiffs and the Individual Defendants, Masood Jabbar and Imran Khand, and for good cause shown, hereby orders as follows:

    a.    The deadline to complete mediation shall be extended from February 17, 2011 until April 18, 2011.

    b.    The deadline for hearing case-dispositive motions shall be extended from March 31, 2011 until June 2, 2011.  **Further Case Management Conference shall also be extended to June 2, 2011.**

    c.    The Final Pretrial Conference shall be continued from July 12, 2011 at 2:00 p.m. until September 13, 2011 at 2:00 p.m.

    d.    Trial in this matter shall be continued from July 25, 2011 at 8:30 a.m. until September 26, 2011 at 8:30 a.m.

IT IS SO ORDERED.

Dated: **2/15/2011**

Hon. Claudia Wilken
Judge of the United States Northern District of California

Respectfully Submitted:

DATED: February 10, 2010

GREENBERG GLUSKER FIELDS
CLAMAN & MACHTINGER LLP


By: /s/ James R. Molen
    JAMES R. MOLEN (SBN 260269)
    Attorneys for Defendants Masood Jabbar
    and Imran Khand as individuals

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

49089-00002/1765398.1      2      [~~PROPOSED~~] ORDER