CRAIG A. MARR ( Illinois Bar No. 6271665)
 camarr@sbcglobal.net
ATTORNEY AT LAW
33 W. Ontario Street, Suite 40-B
Chicago, Illinois 60654
Telephone: (312) 823-3412
Facsimile: (312) 640-0070
(pro hac vice)


STAN S. MALLISON (Bar No. 184191)
  StanM@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@themmlawfirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ**<br><br>           Plaintiff,<br><br>     v.<br><br>**MASOOD JABBAR, IMRAN KHAND, et al.**<br><br>           Defendants. | Case No. 4:09-CV-04041-CW<br><br>**ORDER RE:<br>STIPULATION OF PLAINTIFFS AND INDIVIDUAL DEFENDANTS MASOOD JABBAR AND IMRAN KHAND TO EXTEND MEDIATION DEADLINE PURSUANT TO ADR L.R. 6-5** |

**MASOOD JABBAR AND IMRAN KHAND,**

           Counterclaimants,

     v.

**J. WILLIAM VANKE,**

                Counterdefendant.

cc: ADR

The Court, having reviewed the Stipulation put forth by Plaintiffs and Individual Defendants Masood Jabbar and Imran Khand, hereby orders an extension of the Court ordered mediation deadline to July 15, 2011.

IT IS SO ORDERED.

Dated: April  18, 2011

　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge