IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON and DULCE GONZALEZ,<br><br>    Plaintiffs,<br><br>  v.<br><br>PICSEL TECHNOLOGIES, INC.; PICSEL HOLDINGS LIMITED, formerly known as HAMSARD LIMITED; PICSEL GROUP HOLDINGS LIMITED; MASOOD JABBAR; and IMRAN KHAND,<br><br>    Defendants.<br>_____/ | No. C 09-04041 CW<br><br>ORDER CONCERNING PLAINTIFFS' OPPOSITIONS TO DEFENDANT PICSEL HOLDINGS LIMITED'S 12(B)(2) MOTION TO DISMISS, DEFENDANT PICSEL GROUP HOLDINGS LIMITED'S 12(B)(2) MOTION TO DISMISS, AND DEFENDANTS MASOOD JABBAR AND IMRAN KHAND'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

    Defendants Picsel Holdings Limited and Picsel Group Holdings Limited have filed separate motions to dismiss for lack of personal jurisdiction. Defendants Masood Jabbar and Imran Khand have moved for partial summary judgment. These motions were set for hearing on June 2, 2011. Under Civil L.R. 7-3(a), Plaintiffs Carrie Gofron, et al.'s oppositions to these motions were due May 12, 2011. No opposition was received.

    Plaintiffs' oppositions to these motions shall be due May 19, 2011. If oppositions are filed, Defendants' replies in support of their respective motions shall be due seven days thereafter. The hearing on the motions and the further case management conference set for June 2, 2011 are continued to June 23, 2011 at 2:00 p.m.

Plaintiffs' failure to comply with this Order will result in the dismissal of their claims against Picsel Holdings Limited and Picsel Group Holdings Limited and may result in the entry of partial summary judgment in favor of Jabbar and Khand on the claims at issue in their motion.

IT IS SO ORDERED.

Dated: May 14, 2011

CLAUDIA WILKEN
United States District Judge