CRAIG A. MARR ( Illinois Bar No. 6271665)
 camarr@sbcglobal.net
ATTORNEY AT LAW
21 E. Huron Street, Suite 2803
Chicago, Illinois 60611
Telephone: (312) 823-3412
Facsimile: (312) 640-0070
(pro hac vice)


STAN S. MALLISON (Bar No. 184191)
  StanM@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@themmlawfirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ**<br><br>         Plaintiff,<br><br>    v.<br><br>**MASOOD JABBAR, IMRAN KHAND, et al.**<br><br>         Defendants. | Case No. 4:09-CV-04041-CW<br><br>[~~proposed~~] ORDER RE: STIPULATION OF PLAINTIFFS AND INDIVIDUAL DEFENDANTS MASOOD JABBAR AND IMRAN KHAND TO EXTEND MEDIATION DEADLINE PURSUANT TO ADR L.R. 6-5 |
| **MASOOD JABBAR AND IMRAN KHAND,**<br><br>         Counterclaimants,<br><br>    v.<br><br>**J. WILLIAM VANKE,**<br><br>         Counterdefendant. | |

The Court, having reviewed the Stipulation put forth by Plaintiffs and Individual Defendants Masood Jabbar and Imran Khand, hereby orders an extension of the Court ordered mediation deadline to August 15, 2011.

IT IS SO ORDERED.

Dated: July **18**, 2011

_____
CLAUDIA WILKEN
United States District Judge

**cc: ADR**