CRAIG A. MARR ( Illinois Bar No. 6271665)
 camarr@sbcglobal.net
ATTORNEY AT LAW
21 E. Huron Street, Suite 2803
Chicago, Illinois 60611
Telephone: (312) 823-3412
Facsimile: (312) 640-0070
(pro hac vice)


STAN S. MALLISON (Bar No. 184191)
  StanM@themmlawfirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@themmlawfirm.com
JESSICA JUAREZ (Bar No. 269600)
  JJuarez@themmlawfirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California  94612-3547
Telephone: (510) 832-9999
Facsimile:  (510) 832-1101

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| **CARRIE GOFRON, J. WILLIAM VANKE, ASHWINI KUMAR, MATTHEW MIXON, AND DULCE GONZALEZ**<br><br>    Plaintiff,<br><br>    v.<br><br>**MASOOD JABBAR, IMRAN KHAND**<br><br>    Defendants. | Case No. 4:09-CV-04041-CW<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

**MASOOD JABBAR AND IMRAN KHAND,**

                    Counterclaimants,

        v.

**J. WILLIAM VANKE,**

                    Counterdefendant.

49089-00002/1792032.1

**[PROPOSED] ORDER**

Based on the Stipulation of the parties, IT IS HEREBY ORDERED as follows:

1.      This action, including all claims and counterclaims, is dismissed WITH PREJUDICE; and

2.      Each party shall bear its own costs, expenses, and attorneys fees incurred in this action.

DATED:  **August 25**, 2011

_____
The Honorable Claudia Wilken
United States District Judge